# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JERUSCHA M. TOUSSAINT**,
Appellant,

v.

**WALMART,**
Appellee.

No. 4D21-3172

[April 6, 2023]

Administrative appeal from the State of Florida Commission on Human Relations; L.T. Case Nos. FCHR202023310, DOAH20-3439, FCHR21-060, EEOC15D202000647.

Jeruscha M. Toussaint, Port Saint Lucie, pro se.

Nancy A. Johnson of Littler Mendelson, P.C., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***